ALAN M. STEINBERG, SBN: 181787
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 Twelfth Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628
Email: asteinberg@gfsacto.com

LESLIE A. POWELL [*Pro Hac Vice Pending*]
LAW OFFICES OF LESLIE A. POWELL
115 North Market Street
Frederick, Maryland 21701
Telephone: (301) 668-7575
Facsimile: (301) 668-7755
Email: lpowell@lesliepowell-law.com

Attorneys for Defendants
STROMAN REALTY, INC., and
WAYNE A. STROMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through JEFF DAVI, solely in his capacity as the Real Estate Commissioner of the State of California,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STROMAN REALTY, INC., a Texas corporation, WAYNE A. STROMAN and Does 1-100, inclusive,<br><br>　　　　Defendants. | No.: 2:09-CV-00031-MCE-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, the summons and complaint in *The People of the State of California by and through Jeff Davi, solely in his capacity as the Real Estate Commissioner of the State of California, Plaintiff vs. Stroman Realty, Inc., a Texas corporation, Wayne A. Stroman and Does 1-100, inclusive, Defendants*, Sacramento County Superior Court Action No.: 34-2008-00025789 (the "state court action") was served on December 5, 2008;

WHEREAS, on January 5, 2009, defendants Stroman Realty, Inc., and Wayne A. Stroman ("defendants") removed the state court action to this Court by filing a Notice of Removal.

1  WHEREAS, defendants have to respond to the complaint by January 12, 2009.

2  WHEREAS, defendants requested and plaintiff agreed to provide an extension of time to
3  respond to the complaint from January 12, 2009 to January 26, 2009.

4  WHEREAS, the parties do not believe there will be any inconvenience to the Court or delay
5  of the action as a result of said extension considering that the Joint Status Report is not due until
6  March 6, 2009 pursuant to this Court's January 6, 2009 Order Requiring Joint Status Report.

7  THEREFORE, all parties, through their respective counsel, stipulate that defendants'
8  responsive pleading to the complaint shall be filed on or before January 26, 2009.

9  DATED: January 8, 2009                    GOLDSBERRY, FREEMAN & GUZMAN

11                /s/ Alan M. Steinberg
                  ALAN M. STEINBERG
12                Attorneys for Defendants
                  STROMAN REALTY, INC., and
13                WAYNE A. STROMAN

15  DATED: January 8, 2009                    EDMUND G. BROWN, JR.
                                              Attorney General of the State of California
16                                            WILLIAM L. CARTER
                                              Supervising Deputy Attorney General

19                /s/ Steven J. Green
                  STEVEN J. GREEN
                  Deputy Attorney General
20                Attorneys for Plaintiff Jeff Davi, Real Estate
                  Commissioner of the State of California

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE