EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
STEVEN J. GREEN, State Bar No. 73705
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5157
 Fax: (916) 327-2247
 E-mail: Steven.Green@doj.ca.gov

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, by and through JEFF DAVI, solely in his capacity as the Real Estate Commissioner of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**STROMAN REALTY, INC., a Texas corporation, and Does 1-100, inclusive,**<br><br>Defendants. | No.: 2:09-CV-00031-MEC-GGH<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, following removal of this action to this Court, defendants Stroman Realty, Inc., and Wayne A. Stroman filed a motion to dismiss plaintiff's complaint;

WHEREAS, defendants' motion to dismiss is presently scheduled for hearing at 2:00 p.m., on April 16, 2009, in Courtroom 7 of the Court before the Honorable Morrison C. England, District Court Judge.

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, plaintiff has requested and the defendants have agreed that the hearing on
2  defendants' motion to dismiss shall be continued to 2:00 p.m., on April 30, 2009, in Courtroom 7
3  of the Court before the Honorable Morrison C. England, District Court Judge.

4  WHEREAS, the parties do not believe there will be any inconvenience to the Court or
5  further delay of the action as a result of said continuance.

6  THEREFORE, all parties through their respective counsel, stipulate that the hearing on
7  defendants' motion to dismiss shall be continued to 2:00 p.m., on April 30, 2009, in Courtroom 7
8  of the Court before Honorable Morrison C. England, District Court Judge.

Dated:  February 23, 2009                    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
WILLIAM L. CARTER
Supervising Deputy Attorney General


/s/
STEVEN J. GREEN
Deputy Attorney General
*Attorneys for Plaintiff*

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: February 23, 2009 | GOLDSBERRY, FREEMAN & GUZMAN |
| | /s/ _____ |
| | ALAN M. STEINBERG |
| | 770 Twelfth Street, Suite 250 |
| | Sacramento, California 95814 |
| | |
| | LAW OFFICES OF LESLIE A. POWELL |
| | |
| | /s/ _____ |
| | LESLIE A. POWELL (*Admitted Pro Hac Vice*) |
| | 115 North Market Street |
| | Frederick, Maryland 21701 |
| | |
| | Attorneys for Defendants |
| | STROMAN REALTY, INC., and |
| | WAYNE A. STROMAN |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** February 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com