1   ALAN M. STEINBERG, SBN: 181787
    GOLDSBERRY, FREEMAN & GUZMAN, LLP
2   777 Twelfth Street, Suite 250
    Sacramento, California 95814
3   Telephone:  (916) 448-0448
    Facsimile:  (916) 448-8628
4   Email: asteinberg@gfsacto.com

5   LESLIE A. POWELL [*Pro Hac Vice Pending*]
    LAW OFFICES OF LESLIE A. POWELL
6   115 North Market Street
    Frederick, Maryland 21701
7   Telephone: (301) 668-7575
    Facsimile:  (301) 668-7755
8   Email: lpowell@lesliepowell-law.com

9   Attorneys for Defendants
    STROMAN REALTY, INC., and
10  WAYNE A. STROMAN

11

12                  **UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

14

15  THE PEOPLE OF THE STATE OF          )   No.: 2:09-CV-00031-MCE-GGH
    CALIFORNIA, by and through JEFF DAVI, )
16  solely in his capacity as the Real Estate )   **STIPULATION AND ORDER**
    Commissioner of the State of California, )   **EXTENDING TIME TO RESPOND TO**
17                                        )   **COMPLAINT**
            Plaintiff,                    )
18                                        )
    vs.                                   )
19                                        )
    STROMAN REALTY, INC., a Texas         )
20  corporation, WAYNE A. STROMAN and     )
    Does 1-100, inclusive,                )
21                                        )
            Defendants.                   )
22  ──────────────────────────────────── )

23          WHEREAS, the summons and complaint in *The People of the State of California by and*

24  *through Jeff Davi, solely in his capacity as the Real Estate Commissioner of the State of California,*

25  *Plaintiff vs. Stroman Realty, Inc., a Texas corporation, Wayne A. Stroman and Does 1-100,*

26  *inclusive, Defendants*, Sacramento County Superior Court Action No.: 34-2008-00025789 (the

27  "state court action") was served on December 5, 2008;

28  ///

1    WHEREAS, on January 5, 2009, defendants Stroman Realty, Inc., and Wayne A. Stroman

2    ("defendants") removed the state court action to this Court by filing a Notice of Removal.

3    WHEREAS, defendants filed a motion to dismiss the complaint on January 26, 2009.

4    WHEREAS, defendants motion to dismiss was submitted to the Court without oral

5    argument pursuant to this Court's April 29, 2009 Minute Order.

6    WHEREAS, the Court denied defendants motion to dismiss by Memorandum and Order of

7    June 23, 2009, served on June 24, 2009.

8    WHEREAS, defendants response to the complaint is due on July 6, 2009.

9    WHEREAS, defendants requested and plaintiff agreed to provide an extension of time to

10   respond to the complaint from July 6, 2009 to July 22, 2009.

11   WHEREAS, the parties do not believe there will be any inconvenience to the Court or delay

12   of the action as a result of said extension considering that the Court has not issued a scheduling

13   order in this case.

14   WHEREAS, the parties intend to file a Supplement to their March 6, 2009 Joint Status

15   Report adjusting the previously proposed deadlines to account for the motion to dismiss

16   proceedings and this proposed extension of time.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    THEREFORE, all parties, through their respective counsel, stipulate that defendants'

2  responsive pleading to the complaint shall be filed on or before July 22, 2009.

3  DATED: June 26, 2009                    GOLDSBERRY, FREEMAN & GUZMAN

4

5                                          /s/ Alan M. Steinberg
                                           ALAN M. STEINBERG
6

7                                          LAW OFFICES OF LESLIE A. POWELL

8

9                                          /s/ Leslie A. Powell
                                           LESLIE A. POWELL
10

11                                         Attorneys for Defendants
                                           STROMAN REALTY, INC., and
12                                         WAYNE A. STROMAN

13

14  DATED: June 26, 2009                   EDMUND G. BROWN, JR.
                                           Attorney General of the State of California
15                                         WILLIAM L. CARTER
                                           Supervising Deputy Attorney General

16

17                                         /s/ Steven J. Green
                                           STEVEN J. GREEN
18                                         Deputy Attorney General
                                           Attorneys for Plaintiff Jeff Davi, Real Estate
19                                         Commissioner of the State of California

20

21      **PURSUANT TO STIPULATION, IT IS SO ORDERED**

22

23   Dated:  July 2, 2009

24                                         _____
25                                         MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE
26

27

28