1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  WILLIAM L. CARTER, State Bar No. 59215
   Supervising Deputy Attorney General
3  STEVEN J. GREEN, State Bar No. 73705
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5157
6   Fax: (916) 327-2247
    E-mail: Steven.Green@doj.ca.gov
7
   *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, by and through JEFF DAVI, solely in his capacity as the Real Estate Commissioner of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**STROMAN REALTY, INC., a Texas corporation, and Does 1-100, inclusive,**<br><br>Defendants. | No.: 2:09-CV-00031-MCE-GGH<br><br>**STIPULATION AND ORDER CONTINUING DISCOVERY COMPLETION & OTHER DEADLINES** |

WHEREAS, on July 14, 2009, this Court issued its Pretrial Scheduling Order, setting a trial date of February 22, 2011, and other deadlines including a deadline for the parties to complete discovery;

WHEREAS, on January 4, 2010, the Court issued a minute order continuing the trial date to March 26, 2012, a period in excess of one year, and likewise continued for a like period certain dates and deadlines set forth in the Court's Pretrial Scheduling Order. However, the Court's

1

minute order left unchanged the deadlines for completion of discovery; disclosure of expert witnesses; and motion hearing schedule.

WHEREAS, while the parties have diligently been prosecuting this action, counsel submit that, in addition to the Court's continuance of the trial and other dates and deadlines, the two following developments, one each involving the respective counsel, make it appropriate to continue the deadlines for completion of discovery; disclosure of expert witnesses; and motion hearing schedule.

    A.    Plaintiff's lead counsel was unexpectedly admitted to intensive care on December 6, 2009, and was unable to return to work until January 19, 2010, a period in excess of six weeks; and

    B.    Defendants' counsel completed a trial in state court in Florida in July 2009. While the trial judge issued an oral ruling from the bench, a few weeks later and before the judgment was reduced to writing, the judge unexpectedly passed away. The matter will have to be retried and counsel is involved again preparing for that trial, which endeavor and a second trial were totally unexpected.

WHEREAS, the parties do not believe there will be any inconvenience to the Court or further delay of the action as a result of the continuances sought by this stipulation, considering that the trial and other dates and deadlines have already been continued.

THEREFORE, all parties through their respective counsel stipulate as follows:

    1.    that the deadline for completion of discovery with the exception of expert discovery, shall be continued to January 24, 2011;

    2.    that the deadline for disclosure of expert witnesses shall be continued to March 22, 2011; and

    3.    that the motion hearing schedule deadline shall be continued to August 25, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: February 23, 2009 | | Respectfully submitted, |
| | | EDMUND G. BROWN JR.<br>Attorney General of California<br>WILLIAM L. CARTER<br>Supervising Deputy Attorney General |
| | | /s/ Steven J. Green<br>STEVEN J. GREEN<br>Deputy Attorney General<br>*Attorneys for Plaintiff* |
| Dated: February 18, 2010 | | Respectfully submitted,<br><br>GOLDSBERRY, FREEMAN & GUZMAN<br><br>/s/ Alan M. Steinberg<br>ALAN M. STEINBERG<br>770 Twelfth Street, Suite 250<br>Sacramento, California 95814<br><br>LAW OFFICES OF LESLIE A. POWELL<br><br>/s/ Leslie A. Powell<br>LESLIE A. POWELL (*Admitted Pro Hac Vice*)<br>115 North Market Street<br>Frederick, Maryland 21701<br><br>Attorneys for Defendants<br>STROMAN REALTY, INC., and<br>WAYNE A. STROMAN |

**ORDER**

In accordance with the parties' stipulation, the deadlines for discovery, for filing expert witness disclosures, and for bringing dispositive motions are extended as set forth above.

///

3

PDF created with pdfFactory trial version www.pdffactory.com

1 | The remainder of the Court's Pretrial Scheduling Order, including the existing trial and final
2 | Pretrial conference dates, shall remain unchanged.

**IT IS SO ORDERED.**

DATED: March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SA2008304316 - 30672107.doc

PDF created with pdfFactory trial version www.pdffactory.com