UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through JEF DAVI, solely in his capacity as the Real Estate Commissioner of the State of California,<br><br>        Plaintiff,<br><br>    v.<br><br>STROMAN REALTY, INC., a Texas corporation, WAYNE A. STROMAN, and Does 1-100, inclusive,<br><br>        Defendants. | No. 2:09-cv-00031-MCE-GGH<br><br><br><br><br><br>**ORDER** |

----oo0oo----

Defendants Stroman Realty, Inc. and Wayne A. Stroman ("Defendants") have been represented herein, in pro hac vice, by Leslie A. Powell and Diana M. Schobel, two attorneys at the Maryland-based Law Offices of Leslie A. Powell.  Defendants are also represented locally by Alan M. Steinberg of the Goldsberry, Freeman, Guzman and Ditora firm here in Sacramento.

Through the Motion presently before the Court, Powell and Schobel move to withdraw as defense counsel in this case, leaving only attorney Steinberg representing Defendants. Their Motion is predicated on Defendants' alleged failure to pay substantial outstanding fees and costs.

Although Ms. Powell and Ms. Schobel are not leaving Defendants representing themselves in propria persona, they have nonetheless complied with the requirements of Eastern District Local Rule 182(d) by notifying Defendants of their intent to withdraw as counsel in this matter. <u>See</u> Decl. of Leslie A. Powell, ¶ 3. Defendants have submitted no opposition to this Motion.

Plaintiff State of California, however, has opposed the Motion, citing concerns that the remaining defense counsel, Mr. Steinberg, may not assume full responsibility for becoming primary or lead counsel for Defendants. Plaintiff's counsel states that he is concerned that this may impact his ability to proceed with litigating this matter.

At present, Plaintiff's concern in this regard amounts to no more than speculation. Plaintiff's own papers concede that Mr. Steinberg is currently providing representation, and admit that his involvement has "increased" since the present withdrawal motion was filed. Whether or not Mr. Steinberg may, at some point in the future, seek to alter his own representational status with respect to Defendants cannot constitute grounds for denying the present Motion now. Significantly, too, Mr. Steinberg has filed no opposition to the instant Motion.
///

1  Good cause appearing, the Motion to Withdraw (ECF No. 32) is
2 GRANTED.[1]  Leslie A. Powell, Diana M. Schobel, and the Law
3 Offices of Leslie A. Powell are hereby relieved as counsel of
4 record for Defendants.
5  IT IS SO ORDERED.

Dated: October 1, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).

3