EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
STEVEN J. GREEN, State Bar No. 73705
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5157
 Fax: (916) 327-2247
 E-mail: Steven.Green@doj.ca.gov

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, by and through JEFF DAVI, solely in his capacity as the Real Estate Commissioner of the State of California,**<br><br>                                         Plaintiff,<br><br>           v.<br><br>**STROMAN REALTY, INC., a Texas corporation, et. al.,**<br><br>                                         Defendants. | No.: 2:09-CV-00031-MCE-GGH<br><br>**JOINT STATUS REPORT AND ORDER CONTINUING DEADLINES & DATES FOR DISCOVERY COMPLETION, ETC.**<br><br>Date: December 2, 2010<br>Time: 2:00 P.M.<br>Courtroom: 7 – 14th Floor<br>Judge: Morrison C. England, Jr. |

The parties to this action, through their respective counsel of record, hereby submit this joint status report and request for, and proposed order regarding, continuing the presently set deadlines for completion of discovery, etc., as more fully set forth herein. The parties are presenting this request for the following reasons, most importantly that the parties have agreed to mediation on December 20, 2010, before retired Judge Raul Ramirez.

///

Some months ago the parties began discussing a possible resolution of this matter. For a multitude of reasons these settlement discussions have required substantial time considering, as examples, that the Real Estate Commissioner is a state official with the responsibility of administering and enforcing California's real estate laws, and defendants are operating a business involving a potentially national market of customers and potential customers. During the immediate past months the parties have focused their efforts toward ascertaining if the matter can be resolved, and have deferred and wish to continue to defer the time and attendant expenses in connection with discovery and related matters. Accordingly the parties submit that it will not inconvenience the Court, and it would be appropriate to continue the deadlines for completion of discovery, etc., as proposed herein, to provide sufficient time for the parties to determine if this matter can be resolved.

The following are the existing deadlines and dates for pre-trial proceedings (and the new dates sought by the parties solely for completion of non-expert discovery; disclosure of expert witnesses and dispositive motions):

Trial: March 26, 2012;

Final Pretrial Conference: January 26, 2012;

Joint Final Pretrial Statement: January 5, 2012;

Evidentiary or procedural motions: January 5, 2012;

Trial briefs, witnesses lists and exhibit lists: January 12, 2012

Completion of non-expert discovery: January 24, 2011 (April 25, 2011);

Disclosure of expert witnesses: March 22, 2011 (June 22, 2011);

Hearing date for dispositive motions: August 25, 2011 (October 25, 2011);

The parties submit that their request is supported by good cause and do not believe there will be any inconvenience to the Court or further delay of the action as a result if the Court continues the three continued dates/deadlines, considering that the parties are not seeking a continuance of the trial and all other dates and deadlines.

///

| | | |
|---|---|---|
| Dated: November 24, 2010 | | Respectfully submitted, |
| | | EDMUND G. BROWN JR.<br>Attorney General of California<br>WILLIAM L. CARTER<br>Supervising Deputy Attorney General |
| | | /s/ Steven J. Green<br>STEVEN J. GREEN<br>Deputy Attorney General<br>*Attorneys for Plaintiff* |
| Dated: November 24, 2010 | | Respectfully submitted, |
| | | GOLDSBERRY, FREEMAN & GUZMAN |
| | | /s/ Alan M. Steinberg<br>ALAN M. STEINBERG<br>770 Twelfth Street, Suite 250<br>Sacramento, California 95814 |
| | | Attorneys for Defendants<br>STROMAN REALTY, INC., and<br>WAYNE A. STROMAN |

**ORDER**

GOOD CAUSE appearing, and in accordance with the parties' request:

(1) the deadline for completion of non-expert discovery is continued to April 25, 2011:

(2) the deadline for the disclosure of expert witnesses is continued to June 22, 2011; and

(3) the final date for the hearing of dispositive motions in continued to October 25, 2011.

The remainder of the Court's scheduling orders, including the existing trial and final Pretrial Conference dates, shall remain unchanged.

**IT IS SO ORDERED**

DATED: December 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE