ALAN M. STEINBERG, SBN: 181787
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 Twelfth Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628
Email: asteinberg@gfsacto.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through JEFF DAVI, solely in his capacity as the Real Estate Commissioner of the State of California,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STROMAN REALTY, INC., a Texas corporation, WAYNE A. STROMAN and Does 1-100, inclusive,<br><br>　　　Defendants. | No.: 2:09-CV-00031-MCE-GGH<br><br>**STIPULATED JUDGMENT** |

　　　Plaintiff The People of the State of California, by and through Jeff Davi, solely in his capacity as the Real Estate Commissioner of the State of California (hereinafter referred to as "California"), and defendant Stroman Realty, Inc., a Texas corporation (hereinafter referred to as "SRI"), by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　1.　　The Court will enter judgment in this action, pursuant to the parties' Settlement Agreement appended hereto and this Stipulation, in favor of California and against SRI in the total amount of one hundred thousand dollars ($100,000), payable in equal monthly installments over sixty (60) months as follows:

　　　　　　a.　　SRI will pay California one thousand six hundred sixty six dollars and sixty seven cents ($1,666.67) for sixty (60) consecutive months commencing on

     the first of the month immediately following execution of this Stipulation by the Court and thereafter on the first of every successive month until paid in full;

  b.  No interest shall accrue on the stipulated amount and there shall be no post judgment interest on the judgment entered in this action;

  c.  Each party is to bear their own costs and attorney's fees, unless SRI is in default as provided for in paragraphs 3 and 4, below;

  d.  All payments shall be made payable to "Department of Real Estate" and sent to the attention of "Fiscal Section (Stroman)" at 2201 Broadway, Sacramento, CA 95818.

2.  Payments shall be deemed to have been timely made if sent by mail and postmarked on or before the 1st of the month in which the payment is due.  A late payment shall be deemed cured if received by California on or before the 20th day after the payment is due.

3.  SRI shall be deemed in default for failure to pay any amount due and failure to timely cure a late payment pursuant to the terms of this stipulated judgment.  In addition to nonpayment and failure to timely cure, a default will be deemed to occur if SRI fails to separately contract with California customers for advertising fees with disclosures that the advertising fees are non-refundable, and/or, fails to associate a licensed California broker for transactions with California customers for the sale of real property.  In any proceeding to enforce the judgment or settlement agreement, the prevailing party shall be entitled to recover its reasonable attorney's fees and costs.

4.  In the event this judgment or settlement agreement is violated by SRI, the amount of two hundred and fifty thousand dollars ($250,000) less amounts previously paid on the stipulated judgment shall be accelerated for immediate enforcement and collection.

5.  On entry, this judgment will become final.

6. SRI shall remain subject to the jurisdiction of the U.S. District Court, Eastern District of California for enforcement of this judgment.

DATED: March 31, 2011                         GOLDSBERRY, FREEMAN & GUZMAN

                                                                          _____/s/_____
                                                                          ALAN M. STEINBERG
                                                                          *Attorneys for Defendants*

DATED: March 31, 2011                         KAMALA D. HARRIS
                                                                          Attorney General of California
                                                                          WILLIAM L. CARTER
                                                                          Supervising Deputy Attorney General


                                                                          _____/s/_____
                                                                          STEVEN J. GREEN
                                                                          Deputy Attorney General
                                                                          *Attorneys for Plaintiff*

**ORDER ENTERING JUDGMENT**

Good cause appearing,

IT IS ORDERED that judgment be entered in favor of The People of the State of California, by and through Jeff Davi, solely in his capacity as the Real Estate Commissioner of the State of California, and against defendant Stroman Realty, Inc., in accordance with the above-stated stipulated terms and the parties' settlement agreement appended hereto. The Clerk of Court is directed to close the file, subject to the Court's continuing jurisdiction to enforce the terms of the settlement between the parties as set forth above.

Dated: April 8, 2011

                                                                          _____
                                                                          MORRISON C. ENGLAND, JR.
                                                                          UNITED STATES DISTRICT JUDGE